IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

GARY COHEN ,
Plaintiff(s),

v. Case No. 3:25-cv-01244

The Kroger Company, Kroger Limited Partnership I d/b/a Kroger Store #881, and GT's Living Foods, LLC ,
Defendant(s).

**BUSINESS ENTITY DISCLOSURE STATEMENT**
**(Disclosure of corporate affiliations and financial interests)**

To provide the disclosures required by Fed. R. Civ. P. 7.1(a), and in compliance with the provisions of Local Rule 7.02(a), including for determination of judicial conflicts, this Business Entity Disclosure Statement is filed by GT's Living Foods, LLC .
The filer acknowledges its continuing obligation to update and supplement this statement.

**INSTRUCTIONS: Check the applicable blank or blanks, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

1. This party or intervenor is a publicly held corporation or other publicly held entity, incorporated in the state of ______________________with a principal place of business in the state of ______________________.

2. This party or intervenor is a privately held corporation, incorporated in the state of _________________________ with a principal place of business in the state of _____________________________. Ten percent (10%) or more of this corporation is owned by (list below all ownership interests of 10% or more):

________________________________________________________________________
________________________________________________________________________.

3. Is this party or intervenor a parent or subsidiary of another corporation or corporations?

____ YES ____ NO

If the answer is YES, state the identity of the parent or subsidiary and whether the named party is the parent or the subsidiary.

________________________________________________________________________
________________________________________________________________________.

4. Is this party or intervenor affiliated with any other corporation or corporations, other than as a parent or subsidiary?

____ YES ____ NO

If the answer is YES, state: (i) the identity of the affiliated corporation(s); (ii) the nature of the relationship between the affiliated corporation(s) and the named party or intervenor; and, (iii) whether the affiliated corporation owns ten percent (10%) or more of the stock or ownership interests of the named party or intervenor and, if so, percentage of interest owned.

______________________________________________________________________________
______________________________________________________________________________.

5. Is there a publicly held corporation or another publicly held entity, not a party to the case, that has a direct financial interest in the outcome of the litigation?

____ YES ____ NO

If the answer is YES, state the identity of such corporation and the nature of the financial interest.

______________________________________________________________________________
______________________________________________________________________________.

6. If the named party or intervenor is a business entity other than a corporation (i.e. partnership, limited liability entity, or trust), identify all individuals or entities holding ten percent (10%) or more of the ownership interests in the named party or intervenor.

GT's Living Foods, LLC has one member: Living Foods, LLC. Living Foods, LLC has one member: GT Dave, who is a natural person. .

**Provide any additional pertinent information on attached page(s).**

Date: 10/29/25

Signature: /s/ Kathleen Ingram Carrington

Printed Name: Kathleen Ingram Carrington

Title: Attorney for Defendant GT's Living Foods, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2025, the foregoing was filed with the Court and a copy has been served via email on the following counsel of record:

Pooja R. Bery
Bery Law PLLC
214 19th Ave N.
Nashville, TN 37203
(615) 237-9529
pooja@berylaw.com

*Counsel for Plaintiff*

Richard E. Spicer
Spicer Rudstrom, PLLC
220 Athens Way, Suite 405
Nashville, TN 37228
(615) 259-9080
rspicer@spicerfirm.com

*Counsel for Defendants The Kroger Co. and Kroger Limited Partnership I*

*s/ Kathleen Ingram Carrington*________________
Kathleen Ingram Carrington